Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-03175-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| GALEN NOE and SONDRA NOE, spouse<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC; PFIZER, INC; JOHN DOE ONE; JOHN DOE TWO; DAKSHA P. MEHTA, MD; and CENTER FOR ARTHRITIS & OSTEOPOROSIS, PSC<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, GALEN NOE and SONDRA NOE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs. No settlement funds or consideration of any kind was paid by or on behalf of Daksha P. Mehta, M.D. and Center for Arthritis & Osteoporosis, PSC.

-1-

| | | |
|---|---|---|
| DATED: 12-16, 2009 | | BUBALO HIESTAND & ROTMAN, PLC |

By: /s/ Leslie M. Cronen
Leslie M. Cronen
Attorneys for Plaintiffs

DATED: _____, 2009   FULKERSON & KINKEL

By: /s/
Melanie Marrs
David Trevey
Attorneys for Defendants Daksha P. Mehta, MD and
Center for Arthritis & Osteoporosis, PSC

DATED: February 3, 2010   DLA PIPER LLP (US)

By: /s/
Michelle W. Sadowsky
Attorneys for Defendant Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 6 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE