1
2  Attorneys for Plaintiffs,
   Bubalo Hiestand & Rotman, PLC
3  9300 Shelbyville Road, Suite 215
   Louisville, KY 40222
4  (502) 753-1600
5
6
7
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
11
12  _____  )   Case No. 3:06-cv-03175-CRB
    IN RE: BEXTRA AND CELEBREX        )
13  MARKETING SALES PRACTICES AND     )   MDL NO. 1699
    PRODUCT LIABILITY LITIGATION      )   District Judge: Charles R. Breyer
14                                    )
    _____  )
15                                    )
    GALEN NOE and                     )
16  SONDRA NOE, spouse                )
                                      )   STIPULATION AND ORDER OF
17                    Plaintiffs,     )   DISMISSAL WITH PREJUDICE
                                      )
18              vs.                   )
                                      )
19  MERCK & CO., INC; PFIZER, INC; JOHN )
    DOE ONE; JOHN DOE TWO; DAKSHA P.  )
20  MEHTA, MD; and CENTER FOR         )
    ARTHRITIS & OSTEOPOROSIS, PSC     )
21                    Defendants.
22  _____
23       Come now the Plaintiffs, GALEN NOE and SONDRA NOE, and Defendants, by and
24  through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
25  hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own
26  attorneys' fees and costs. No settlement funds or consideration of any kind was paid by or on
27  behalf of Daksha P. Mehta, M.D. and Center for Arthritis & Osteoporosis, PSC.
28

                                         -1-

                    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 12-16, 2009 | BUBALO HIESTAND & ROTMAN, PLC |
| 2 | | |
| 3 | | By: *Leslie M. Cronen* |
| | | Leslie M. Cronen |
| 4 | | Attorneys for Plaintiffs |

DATED: _____, 2009     FULKERSON & KINKEL

By: *signature*
Melanie Marrs
David Trevey
Attorneys for Defendants Daksha P. Mehta, MD and Center for Arthritis & Osteoporosis, PSC

DATED: February 3, 2010     DLA PIPER LLP (US)

By: *signature*
Michelle W. Sadowsky
Attorneys for Defendant Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 6 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE